# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00827-EWN-KMT

LARRY D. COBERLEY,

    Plaintiff,

v.

MARK HOLLOWAY,

    Defendant.

## ORDER RE: MOTION TO DISMISS

THIS MATTER having come before the Court on a motion to dismiss, indicating the parties have settled this case, and the Court having considered said motion, it is hereby;

ORDERED that this matter is dismissed with prejudice, the parties to pay their own costs, the Court retaining jurisdiction to enforce the terms of the Stipulation for Compromise Settlement, if necessary.

DATED this 17th day of July, 2008.

        BY THE COURT:

        s/ Edward W. Nottingham
        Chief United States District Judge